**1306**

### In the Matter of R.J.P.

### No. 80–525–M.P.

Supreme Court of Rhode Island.

Nov. 19, 1981.

John Edward Farley, Chief Legal Counsel, Dept. for Children and Their Families, Providence, for petitioner.

Michael D. Coleman, Child Advocate, Cumberland, for respondent.

### ORDER

Since petitioner's brief has now been filed, the Child Advocate's motion to dismiss this petition and vacate the stay previously entered herein is denied.

### STATE

v.

### Cheryl BELL et al.

### No. 78–400–C.A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Dennis J. Roberts, II, Atty. Gen., David H. Leach, Sp. Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Barbara Hurst, Chief Appellate Atty., for defendant Cheryl Bell.

### ORDER

The motion of defendant Cheryl Bell to withdraw her appeal is granted. In light of the fact that defendant Edward J. McKee, Sr. has died, the judgment of conviction as to McKee is vacated and, upon remand, the Superior Court is directed to dismiss the charges against him. Since defendant Walsh's whereabouts are unknown and she has apparently left the jurisdiction, the Walsh appeal is also hereby dismissed.

### STATE

v.

### Joseph CRAVEIRO.

### No. 81–108–C.A.

Supreme Court of Rhode Island.

Nov. 19, 1981.

Dennis J. Roberts II, Atty. Gen., Madeline Quirk, Sp. Asst. Atty. Gen., for plaintiff.

Fontaine & Croll, Ltd., John A. Davey, Jr., Woonsocket, for defendant.

### ORDER

The motion of Joseph Craveiro for appointment of private counsel is granted. John A. Davey is hereby appointed to represent defendant in the prosecution of his appeals from adverse Superior Court rulings in indictments numbered 80–1640 and 80–1643.